UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CAREY MONROE,

    Plaintiff,

v.

CLEARY UNIVERSITY,

    Defendant.

Case No. 1:21-cv-10249

Honorable Thomas L. Ludington
United States District Judge

| SCOTT P. BATEY (P54711) | ANNE M. MAYETTE (P79772) |
|---|---|
| Batey Law Firm, PLLC | BRIAN J. ZICKEFOOSE (MO #56912) |
| Attorney for Plaintiff | Husch Blackwell, LLP |
| 30200 Telegraph Road, Suite 400 | Attorneys for Defendant |
| Bingham Farms, MI 48025 | 120 South Riverside Plaza, Suite 2200 |
| (248) 540-6800-telephone | Chicago, IL 60606 |
| (248) 540-6814-fax | (312) 341-9844-telephone |
| sbatey@bateylaw.com | Anne.Mayette@huschblackwell.com |
| | Brian.zickefoose@huschblackwell.com |

## STIPULATED ORDER OF DISMISSAL

The Parties having filed a Joint Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and this Court being otherwise fully advised in the premises:

It is **ORDERED** that Plaintiff's Amended Complaint is hereby **DISMISSED WITH PREJUDICE**, each Party to bear their own costs.

Dated: August 31, 2022

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

**STIPULATED AS TO FORM AND SUBSTANCE:**

/s/Scott P. Batey
Scott P. Batey (P54710)
Attorney for Plaintiff

/s/Brian J. Zickefoose
Brian J. Zickefoose (MO #56912)
Attorney for Defendant